Morgan Fife, #11278
**ROBINSON, SEILER & ANDERSON, LC**
2500 North University Ave.
P.O. Box 1266
Provo, UT 84603-1266
Telephone: (801) 375-1920
Fax: (801) 377-9405
mfife@rsalaywers.com

*Attorney for Walter Wagner*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 12-3594 |
| WALTER L. WAGNER, | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |
| WORLD BOTANICAL GARDENS, INC., | ADVERSARY NO.: 13-02099 |
| Plaintiff, | |
| v. | |
| WALTER L. WAGNER, | |
| Defendant. | |

## EX PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR ADVERSARY ACTION ONLY

Debtor's attorney, Morgan Fife, and the law office of Robinson, Seiler & Anderson, LC, moves the court for leave to withdraw as attorney for the Debtor pursuant to the Client/Endorsement and Consent and Request for Withdrawal of Attorney filed with the Court,

1

in the above-entitled Adversary Action, pursuant to Rule 1, Local Rules of Procedure, and in support thereof, states as follows:

Debtors will proceed with the Adversary Action without counsel.

Dated: April 30, 2013.

ROBINSON, SEILER & ANDERSON, L.C.

/s/ Morgan Fife
MORGAN FIFE
Attorneys for Walter Wagner

# CERTIFICATE OF DELIVERY

I hereby certify that true and correct copies of the Ex Parte Motion for Leave to Withdraw as Counsel were mailed to the following, postage prepaid, this 30th day of April, 2013; or by filing this pleading electronically as an ECF registered attorney of the United States District Court, I caused the same to be served via ECF.

**Walter Wagner**
532 North 700 East
Payson, UT 84651

**Arnold Richer**
VIA ECF
Attorney for World Botanical Gardens, Inc.

/s/ Morgan Fife

2