Morgan Fife, #11278
**ROBINSON, SEILER & ANDERSON, LC**
2500 North University Ave.
P.O. Box 1266
Provo, UT 84603-1266
Telephone: (801) 375-1920
Fax: (801) 377-9405
mfife@rsalaywers.com

*Attorney for Walter Wagner*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> WALTER L. WAGNER, <br><br>    Debtor. | Bankruptcy Case No. 12-3594 <br><br> Chapter 7 <br><br> Honorable Joel T. Marker |
| WORLD BOTANICAL GARDENS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> WALTER L. WAGNER, <br><br>    Defendant. | ADVERSARY NO.: 13-02099 |

### CLIENT /DEBTOR ENDORSEMENT AND
### CONSENT TO WITHDRAWAL OF COUNSEL

1

The undersigned Debtor, Walter L. Wagner, hereby indicates that he has been made fully aware of the progress of this case, that an Adversary Complaint has been filed, and has been advised of the pending hearing date(s), if any, and will be prepared for the hearing(s). Debtor hereby agrees and requests that the above-named attorney and firm withdraw as attorney(s) of record in the adversary proceedings.

Dated: 4/29/2013

_____
Debtor, Walter L. Wagner

2