**[Form 736]** [Ntc of Rescheduled Hrg AP]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: <br>     Walter L. Wagner <br><br>            Debtor(s). <br><br> World Botanical Gardens, Inc., <br><br>            Plaintiff(s), <br><br>    v. <br><br> Walter L. Wagner, <br><br>            Defendant(s). | Case No. 12−35494 JTM <br><br> Chapter 7 <br><br><br><br><br> Adv. Proc. No. 13−02099 |

### NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing on the initial pretrial conference in the above−entitled case previously scheduled for July 8, 2013 at 9:00 a.m. has been rescheduled and shall come on for hearing before the Honorable Judge Joel T. Marker on July 22, 2013 at 9:00 a.m. at US Bankruptcy Court, 350 South Main Street, Salt Lake City, UT 84101.

Dated: June 24, 2013

                                                         David A. Sime <br>
                                                         Clerk of Court    (21)

United States Bankruptcy Court
District of Utah

World Botanical Gardens, Inc.,
    Plaintiff
                                                                                                      Adv. Proc. No. 13-02099-JTM
Wagner,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: msc      Page 1 of 2      Date Rcvd: Jun 24, 2013
                       Form ID: f736      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2013.
dft          +Walter L. Wagner,    532 N 700 E,    Payson, UT 84651-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                              **Signature:**    *Joseph Speetjens*

```
District/off: 1088-2          User: msc                  Page 2 of 2                  Date Rcvd: Jun 24, 2013
                              Form ID: f736              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
        Arnold   Richer    on behalf of Plaintiff   World Botanical Gardens, Inc.
         aricher@richerandoverholt.com,  abachman@richerandoverholt.com
                                                                                                                                                                               TOTAL: 1