WALTER L. WAGNER
532 N 700 E
Payson, UT 84651
retlawdad@hotmail.com
808-443-6344

**The below described is UNSIGNED:**

**Dated: July 22, 2013**



## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

--ooOoo--

| | | |
|---|---|---|
| WORLD BOTANICAL GARDENS, INCORPORATED (WBGI), | ) ) ) | Bankruptcy No. 12-35494<br>A.P. No. 13-02099 |
| Plaintiff | ) ) | |
| vs. | ) ) | **ORDER OF STAY** |
| WALTER L. WAGNER, | ) ) | |
| Defendant | ) ) | |

## ORDER OF STAY

This matter having come for hearing before the court on July 22, 2013, and all parties having been served with a request for a stay, and it appearing to the satisfaction of this Court that plaintiff WBGI is currently in bankruptcy court in Nevada with a request for appointment of a Trustee pending therein, it is the ORDER of this Court that this case be stayed pending resolution of WBGI's pending bankruptcy.

DATED: July 22, 2013

RECEIVED
Court gjo
JUL 22 2013
US BANKRUPTCY COURT
DISTRICT OF UTAH

_____
Judge of the Bankruptcy Court