Arnold Richer - 2751
Patrick E. Holden - 6247
**RICHER & OVERHOLT, P.C.**
901 W. Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Facsimile: (801) 561-4744
Email: aricher@richerandoverholt.com

Attorneys for Plaintiff World Botanical Gardens, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 12-35494 |
| WALTER L. WAGNER, | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |
| WORLD BOTANICAL GARDENS, INC., Plaintiff, v. WALTER L. WAGNER, Defendant. | **ORDER DENYING DEFENDANT'S MOTION TO STAY PROCEEDINGS** Adversary Proceeding No. 13-02099 (Filed via ECF) |

Defendant Walter L. Wagner's Motion to Stay Proceedings [Dkt. No. 6] came before the

above-entitled Court, the Honorable Joel T. Marker presiding on Monday, July 22, 2013 at 9:00 a.m.

13.2052ab.wpd                                                                                                    WBGI 06

Patrick F. Holden appeared on behalf of World Botanical Gardens, Inc. and Walter Wagner appeared Pro Se. Based upon the Motion to Stay Proceedings and responses thereto, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

Defendant Walter Wagner's Motion to Stay Proceedings is denied.

DATED this _____ day of _____, 2013.

**BY THE COURT:**

_____
HONORABLE JOEL T. MARKER
U.S. Bankruptcy Court

**CERTIFICATE OF MAILING**

I hereby certify that on the 23rd day of July, 2013, I caused a true and correct copy of the foregoing **proposed ORDER DENYING DEFENDANT'S MOTION TO STAY** to be served upon the following parties by placing the same in the United States mail and addressed as follows:

Walter L. Wagner, Pro Se
532 N 700 E
Payson, UT 84651

_____
Patrick F. Holden

## COURT CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of July, 2013, I caused a true and correct copy of the foregoing **ORDER DENYING DEFENDANT'S MOTION TO STAY** to be served upon the following parties by placing the same in the United States mail:

Walter Wagner, Pro Se
532 N 700 E
Payson, UT 84651

Arnold Richer  (Via ECF Notification)
RICHER & OVERHOLT, P.C.
901 West Baxter Drive
South Jordan, UT 84095

13.2052ab.wpd

WBGI 06