**The below described is SIGNED.**

**Dated: July 23, 2013**





**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

Arnold Richer - 2751
Patrick E. Holden - 6247
**RICHER & OVERHOLT, P.C.**
901 W. Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Facsimile: (801) 561-4744
Email: aricher@richerandoverholt.com

Attorneys for Plaintiff World Botanical Gardens, Inc.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> WALTER L. WAGNER, <br><br> Debtor. | Bankruptcy Case No. 12-35494 <br><br> Chapter 7 <br><br> Honorable Joel T. Marker |
| WORLD BOTANICAL GARDENS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALTER L. WAGNER, <br><br> Defendant. | **ORDER DENYING DEFENDANT'S MOTION TO STAY PROCEEDINGS** <br><br><br> Adversary Proceeding No. 13-02099 <br><br> (Filed via ECF) |

Defendant Walter L. Wagner's Motion to Stay Proceedings [Dkt. No. 6] came before the

above-entitled Court, the Honorable Joel T. Marker presiding on Monday, July 22, 2013 at 9:00 a.m.

Patrick F. Holden appeared on behalf of World Botanical Gardens, Inc. and Walter Wagner appeared Pro Se. Based upon the Motion to Stay Proceedings and responses thereto, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

Defendant Walter Wagner's Motion to Stay Proceedings is denied.

DATED this ____ day of _____, 2013.

**BY THE COURT:**

_____
HONORABLE JOEL T. MARKER
U.S. Bankruptcy Court

**CERTIFICATE OF MAILING**

I hereby certify that on the 23rd day of July, 2013, I caused a true and correct copy of the foregoing **proposed ORDER DENYING DEFENDANT'S MOTION TO STAY** to be served upon the following parties by placing the same in the United States mail and addressed as follows:

Walter L. Wagner, Pro Se
532 N 700 E
Payson, UT 84651

_____
Patrick F. Holden

13.2052ab.wpd                                                                                                           WBGI 06

## COURT CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of July, 2013, I caused a true and correct copy of

the foregoing **ORDER DENYING DEFENDANT'S MOTION TO STAY** to be served upon

the following parties by placing the same in the United States mail:

Walter Wagner, Pro Se
532 N 700 E
Payson, UT 84651

Arnold Richer  (Via ECF Notification)
RICHER & OVERHOLT, P.C.
901 West Baxter Drive
South Jordan, UT 84095