WALTER L. WAGNER
532 N 700 E
Payson, UT 84651
retlawdad@hotmail.com
808-443-6344

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

--ooOoo--

| | |
|---|---|
| WORLD BOTANICAL GARDENS, INCORPORATED (WBGI), | Bankruptcy No. 12-35494 <br> A.P. No. 13-02099 |
| Plaintiff | **MOTION FOR SUMMARY JUDGMENT AS AGAINST WBGI** |
| vs. | |
| WALTER L. WAGNER, | |
| Defendant | |

## MOTION FOR SUMMARY JUDGMENT AS AGAINST WBGI

Defendant Walter L. Wagner respectfully moves for Summary Judgment as against plaintiff WBGI in that there are no triable issues of material fact, and the established facts show that the purported 'judgment' documents were obtained by frauds worked by WBGI on the courts and except for those frauds those 'judgments' would not have issued.

This motion is based on the accompanying affidavits of Walter L. Wagner, Linda M. Wagner, and Daniel Perkins; the affidavits filed herein that are copies of sworn affidavits filed earlier in *Wagner v. WBGI* which were uncontested by WBGI; the accompanying *Points and Authorities in Support of Motion for Summary Judgment as against WBGI*; and such other and further documents, evidence, or authority that may be presented at the hearing of this motion.

DATED: August 12, 2013

*/s/ Walter L. Wagner*
Walter L. Wagner