The Defendant's objection to the form of the order is overruled.

**The below described is SIGNED.**

**Dated: December 2, 2013**

*/s/ J T Marker*

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



Arnold Richer - 2751
Patrick F. Holden - 6247
**RICHER & OVERHOLT P.C.**
901 West Baxter Drive
South Jordan, UT 84095
Telephone: (801) 561-4750 x15
Facsimile: (801) 561-4744
Email: aricher@richerandoverholt.com

Attorneys for World Botanical Gardens, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> WALTER L. WAGNER, <br><br> Debtor. | Bankruptcy Case No. 12-35494 <br><br> Chapter 7 <br><br> Honorable Joel T. Marker |
| WORLD BOTANICAL GARDENS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALTER L. WAGNER, <br><br> Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Adversary Proceeding No. 13-02099 <br><br> (Filed via ECF) |

Plaintiff's Motion for Summary Judgment came before the above entitled Court on

November 13, 2013 at 2:00 p.m. before the Honorable Joel T. Marker. Plaintiff was represented by

WBGI 06

Patrick F. Holden. Defendant Walter L. Wagner appeared Pro Se on his own behalf.

The Court, having considered Plaintiff's Motion for Summary Judgment [Docket No. 52] and Plaintiff's Memorandum in Support of Motion for Summary Judgment [Docket No. 53] and having further considered the Defendant's Affidavit of Walter L. Wagner (Responding to September 24, 3013 Filing) [Docket No. 58] together with the oral arguments by the parties, and with the Court entering its findings of fact and conclusions of law on the record, and with good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Plaintiff's Motion for Summary Judgment [Docket No. 52] is granted.

DATED this ____ day of November, 2013.

BY THE COURT:

HONORABLE JOEL T. MARKER
U.S. Bankruptcy Court Judge

**COURT CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of November, 2013, I caused a true and correct copy of the foregoing to be served upon the following parties by placing the same in the United States mail, postage prepaid, addressed as follows:

Walter L. Wagner, Pro Se
532 North 700 East
Payson, UT 84651

Arnold Richer
Attorney for World Botanical Gardens, Inc.
901 West Baxter Drive
South Jordan, UT 84095