**The below described is SIGNED.**

**Dated: March 31, 2014**

_/s/ J T Marker_
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

Arnold Richer - 2751
Patrick E. Holden - 6247
**RICHER & ASSOCIATES, P.C.**
901 West Baxter Drive
South Jordan, UT 84095
(801) 561-4750 x15
(801) 561-4744 fax
aricher@richerandoverholt.com

Attorneys for World Botanical Gardens, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Bankruptcy Case No. 12-35494 |
| WALTER L. WAGNER, | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |
| WORLD BOTANICAL GARDENS, INC., <br><br> Plaintiff, <br> v. <br><br> WALTER L. WAGNER, <br><br> Defendant. | **ORDER GRANTING PLAINTIFF WORLD BOTANICAL GARDENS, INC.'S MOTION TO STRIKE WALTER L. WAGNER'S CROSS-COMPLAINT** <br><br> Adversary Proceeding No. 13 <br><br> (Filed via ECF) |

Plaintiff World Botanical Gardens, Inc.'s Motion to Strike Defendant Walter L. Wagner's Cross-Complaint (Dkt. No. 86) and Plaintiff World Botanical Gardens, Inc.'s Motion for an Order Imposing Pre-Filing Restrictions on Defendant Walter L. Wagner (Dkt. No. 90) came before the above-entitled Court on March 18, 2014 at 10:00 a.m. before the Honorable Joel

T. Marker. Plaintiff World Botanical Gardens, Inc. was represented by Patrick F. Holden.

Defendant Walter L. Wagner appeared Pro Se on his own behalf.

    The Court, having considered the following documents:

(1) Plaintiff World Botanical Gardens, Inc.'s Motion to Strike Defendant Walter L.Wagner's Cross-Complaint (Dkt. No. 86);

(2) Plaintiff World Botanical Gardens, Inc.'s Motion for an Order Imposing Pre-Filing Restrictions on Defendant Walter L. Wagner (Dkt. No. 90);

(3) Defendant Walter L. Wagner's Opposition to Motion to Strike (Dkt. No. 88);

(4) Memorandum of Law in Support of Wagner and in Opposition to Motion to Strike and Motion for Pre-Filing Restrictions (Dkt. No. 96);

(5) Affidavit of Cal Andrus in Support of Wagner and in Opposition to Motion to Strike and Motion for Pre-Filing Restrictions (Dkt. No. 93);

(6) Affidavit of Dan Perkins in Support of Wagner and in Opposition to Motion to Strike and Motion for Pre-Filing Restrictions (Dkt. No. 94);

(7) Affidavit of Walter L. Wagner in Support of Wagner and in Opposition to Motion to Strike and Motion for Pre-Filing Restrictions (Dkt. No. 95);

(8) Supplemental Affidavit in Support of Wagner and in Opposition to Motion to Strike and Motion for Pre-Filing Restrictions (Dkt. No. 97); and

(9) Plaintiff World Botanical Gardens, Inc.'s Reply Memorandum (Dkt. No. 98),

together with the parties' oral arguments, and with the Court entering its findings of fact and conclusions of law on the record (03/18/2014 *Minutes of Proceedings* and Dkt. No. 101), and with good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Plaintiff World Botanical Gardens, Inc.'s Motion to Strike Defendant Walter L. Wagner's Cross-Complaint (Dkt. No. 86) is hereby granted.

DATED this ___ day of March, 2014.

        **BY THE COURT**:

_____
HONORABLE JOEL T. MARKER
United States Bankruptcy Court Judge

**COURT CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of March, 2014, I caused a true and correct copy of the foregoing to be served upon the following parties by placing the same in the United States Mail, postage prepaid, addressed as follows:

Walter Wagner, Pro Se
532 N 700 E
Payson, Utah 84651

Arnold Richer
Attorney for World Botanical Gardens, Inc.
901 West Baxter Drive
South Jordan, Utah 84095